```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Guild Associates, Inc.,          :

      Plaintiff,             :         Case No. 2:13-cv-1041

   v.                            :         JUDGE MICHAEL H. WATSON
                                                      Magistrate Judge Kemp

Bio-Energy (Washington) LLC,    :

      Defendant.             :

## ORDER

Defendant Bio-Energy (Washington) LLC's motion for leave to filed under seal (Doc. 283) is granted.  The following declarations with unredacted exhibits shall be filed under seal:

    1.  The Declaration of Robert Rauch; and
    2.  The Declaration of James Ritter, Ph.D.


                                              /s/ Terence P. Kemp
                                              United States Magistrate Judge